**Order entered November 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01041-CV

## PINGHUA LEI, JIE ZHU, AND CHIUNG YING "JOANN" CHEN, Appellants

### V.

## NATURAL POLYMER INTERNATIONAL CORPORATION AND NPIC SHANGHAI CO., LTD., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01725-2018**

## ORDER

Before the Court is appellees' November 7, 2018 unopposed motion for a four-day extension to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 30, 2018.

/s/    DAVID EVANS
        JUSTICE